**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br><br>Gordon Brush Mfg. Co., Inc.<br>      Defendant. | Case No. 2:20-cv-3151<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Queens, New York
    September 11, 2020

                Respectfully submitted,

                By: /s/Jonathan Shalom
                Jonathan Shalom, Esq.
                SHALOM LAW, PLLC.
                Phone: (718) 971-9474
                Email: Jonathan@ShalomlawNY.com
                *Attorneys for Plaintiff*